IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MCKENNA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-5801 |
| | : | |
| STEVAN KIP PORTMAN, et al. | : | |

## ORDER

AND NOW, this 8th day of February, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants' Motion to Dismiss the Amended Complaint (Document 11) is GRANTED. Plaintiffs' Amended Complaint is DISMISSED with prejudice as to all Defendants.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.